1  MICHAEL J. O'TOOLE (SBN 97779)
   City Attorney
2  NANCY D. HART (SBN 195372)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street, 4th Floor
4  Hayward, California 94541-5007
   Tel: (510) 583-4450
5  Fax: (510) 583-3660

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 PATRICK ANDERSON,                    Case No.: C05-04640 CRB

11              Plaintiff,               STIPULATION AND ORDER
                                         EXTENDING TIME TO FILE
12     v.                                RESPONSIVE PLEADINGS TO
                                         COMPLAINT
13 CITY OF HAYWARD, a municipal
   corporation, CRAIG CALHOUN,
14 individually and in his capacity as Chief of
   Police; REINALDO PAGAN, PHILLIP
15 DIVINAGRACIA, police officers, and
   DOES 1-100, inclusive,
16
                Defendants.
17 _____/

18     IT IS HEREBY STIPULATED, by and between the parties hereto, through their

19 respective attorneys, that the time for defendants CITY OF HAYWARD, a municipal

20 corporation, CRAIG CALHOUN, individually and in his capacity as Chief of Police; and

21 REINALDO PAGAN, PHILLIP DIVINAGRACIA, police officers, to file responsive pleadings

22 to plaintiff's complaint is hereby extended by 30 days, to and through January 5, 2006.

23

24 DATED:    December 5, 2005         MICHAEL J. O'TOOLE, City Attorney

25
                                By:   *Nancy Hart* (signature)
26                                    NANCY D. HART, Assistant City Attorney
                                      Attorneys for Defendant, City of Hayward
27

28

---

KO v. CITY OF HAYWARD                      1              Stipulation Extending Time to File
Case No. C05-01686 MEJ                                    Responsive Pleadings to Complaint

| | | |
|---|---|---|
| 1 | DATED: December 2, 2005 | LAW OFFICES OF JOHN L. BURRIS |
| 2 | | By: /s/ Adante Pointer |
| 3 | | ADANTE POINTER, Attorneys for Plaintiff |

ORDER

IT IS SO ORDERED.

Dec. 6, 2005



KO v. CITY OF HAYWARD
Case No. C05-01686 MEJ

2

Stipulation Extending Time to File
Responsive Pleadings to Complaint