```
JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882
Attorneys for plaintiff
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, et al.<br><br>    Defendants. | No. C05-04640 CRB<br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective attorneys, that good cause being shown, both parties agree to continue the initial case management conference scheduled for February 17, 2006, for 45 days to allow the parties to resolve concerns regarding the availability of a named Defendant.

DATED:    February 15, 2006

LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante
ADANTE' D. POINTER
Attorneys for Plaintiff

McNAMARA & DODGE LLP

By: /s/
JAMES V. FITZGERALD
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

February 16, 2006



IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER
TO CONTINUE CMC

1