JOHN L. BURRIS, Esq./ State Bar #69888
ADANTE' D. POINTER, Esq./State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
Email: john.burris@johnburrislaw.com
          adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs
PATRICK ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ANDERSON,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF HAYWARD, a municipal corporation, CRAIG CALHOUN, individually and in his capacity as Chief of Police; REINALDO PAGAN, PHILLIP DIVINAGRACIA, police officers, and DOES 1-100, inclusive,<br><br>      Defendants. | Case No.   C O5-04640 CRB<br><br>STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DISCOVERY DEADLINE |

  On April 14, 2006 the parties in this matter appeared before the Court during an initial Case Management Conference. The case was referred to private mediation to be held in June 2006 and discovery was to be completed within sixty (60) days.

  Despite our best efforts, due to scheduling conflicts, the parties in this matter have not been able to schedule a private mediation to occur in June 2006. A more likely date will be sometime in late July 2006 well after the currently scheduled Initial Case Management Conference of July 7, 2006.

For the above stated reasons the parties in this matter hereby stipulate to continue the Further Case Management Conference scheduled for July 7, 2006 at 8:30 a.m. for sixty (60) days or September 8, 2006 at 8:30 a.m. and to extend the discovery deadline for mediation purposes for sixty (60) days.

Dated: June 12, 2006        ____/S/_____
                            Adante' D. Pointer
                            Attorneys for Plaintiff
                            Patrick Anderson

Dated: June 12, 2006        ____/S/_____
                            Noah G. Blechman
                            Attorneys for Defendants
                            City of Hayward, et al.

ORDER

IT IS SO ORDERED.           _____
                            Honorable Charles R. Breyer
                            United States District Court Judge

June 13, 2006

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND (PROPOSED) ORDER                                         2
C 05-04640 CRB