JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
Law Offices of John L. Burris
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882

Attorneys for Plaintiff

PATRICK ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ANDERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, et al.<br><br>        Defendants. | No. C05-04640 CRB<br><br>**STIPULATION AND ORDER DISMISSING MATTER WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their

respective attorneys, that good cause being shown, both parties agree to dismiss this

matter with prejudice.  Good cause being that Defendants have tendered the agreed upon

**STIPULATION AND ORDER**                                                                                    **CASE NO. C05-04640 CRB**
TO DISMISS MATTER WITH PREJUDICE

settlement draft to Plaintiff in consideration of Plaintiff dismissing this matter with prejudice.

The parties respectfully request the court adopt this as its order.

//

Dated:       April 9, 2007

| LAW OFFICES OF JOHN L. BURRIS | McNAMARA LAW FIRM LLP |
|---|---|
| /s/ Adanté D. Pointer | /s/ James V. Fitzgerald |
| ADANTÉ D. POINTER | JAMES V. FITZGERALD |
|  | NOAH G. BLECHMAN |
| Attorneys for Plaintiff | Attorneys for Defendants |

<u>ORDER</u>

IT IS SO ORDERED.
  April 11, 2007

_____
CHARLES R. BREYER
United States District Court Judge



STIPULATION AND ORDER                                            CASE NO. C05-04640 CRB
TO DISMISS MATTER WITH PREJUDICE